2014 FEB 18 PM 3: 44



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '14 CR 0388 MMA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 2, U.S.C., Sections 437g(d)(1)(A)(i) and 441e(a)(1) - Campaign Contribution by a Foreign National |
| JOSE SUSUMO AZANO MATSURA, | |
| Defendant. | |

The grand jury charges:

On or about September 27, 2012, in the Southern District of California, and elsewhere, defendant JOSE SUSUMO AZANO MATSURA, being a foreign national, knowingly and willfully did directly and indirectly make a donation aggregating $25,000 and more during a calendar year in connection with a local election, to wit, causing a straw donor to donate $120,000 of the defendant's money to a candidate for the office of Mayor of San Diego, California; in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(i) and 441e(a)(1).

DATED: February 18, 2014.

A TRUE BILL:

_____
Foreperson

CINDY M. CIPRIANI
Acting United States Attorney

By: _____
TIMOTHY C. PERRY
Assistant U.S. Attorney

TCP:lml:San Diego:2/18/14