KNUT S. JOHNSON, ESQ. (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, CA 92101
(619) 232 7080 (phone)
(619) 232 7324 (fax)

Attorney for Defendant Jose Susumo Azano Matsura

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSE SUSUMO AZANO MATSURA<br><br>  Defendant | Criminal Case Number: 14 cr 0388-MMA<br><br>**JOINT MOTION TO AMEND THE ORDER AND CONDITIONS OF PRETRIAL RELEASE: BAIL** |

Defendant, by and through his counsel of record and the government, by and through Assistant U.S. Attorney Timothy C. Perry, jointly move this Court for an Order approving the following modification of the conditions of release:

Condition 11 shall be amended as follows:

> "11. Execute a personal appearance bond on the amount of $5,000,000.00 secured by a trust deed to the United States on real estate approved by a Federal Judge; other: and the defendant shall deposit a check with the Clerk of the Court in the amount of $250,000.00."

Page 1

14 cr 0388-MMA

All other conditions remain the same.

The parties bring this joint motion because the government believes that the property proffered to support this bail in this case has $4,750,000.00 in equity, bringing the security $250,000.00 short.

Dated:   February 21, 2014          Respectfully submitted,

/s/ Knut S. Johnson
Knut S. Johnson
Attorney for Defendant Jose Susumo Azano Matsura

Dated:   February 21, 2014          Respectfully submitted,

/s/ Timothy Perry
CINDY M. CIPRIANI
Acting U.S. Attorney
TIMOTHY C. PERRY
Assistant U.S. Attorney
Attorney for Plaintiff United States of America