UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSE SUSUMO AZANO MATSURA,<br><br>    Defendant | 14 cr 0388-MMA-<br><br>**ORDER GRANTING JOINT MOTION TO AMEND ORDER AND CONDITIONS OF PRETRIAL RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled joint motion. Thus, THIS COURT ORDERS that the Clerk's Office amend the previously filed Order and Conditions of Pretrial Release: Bail as follows:

Condition 11 shall be amended as follows:

> "11. Execute a personal appearance bond on the amount of $5,000,000.00 secured by a trust deed to the United States on real estate approved by a Federal Judge; other: and the defendant shall deposit with the Clerk of the Court a check in the amount of $250,000.00"

All other conditions remain the same.

SO ORDERED.

Dated: 2/21/14

                                        Hon. Mitchell D. Dembin
                                        U.S. Magistrate Court Judge

                                                          14 cr 0388-MMA