# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 14cr388-MMA
                         )
vs                       )   ABSTRACT OF ORDER
                         )
Jose Susumo              )   Booking No. 465716298
Azano Matsura            )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/21/14
the Court entered the following order:

✓ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 5,000,000 P/S _____ Bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case dismissed.

___ Case dismissed, charges pending in case no. _____

✓ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Dft to be released to Pretrial Services for GPS monitoring by 10AM following business day. Please contact PTSO: Boris Ilic prior to release. (619) 520-8602.

MITCHELL D. DEMBIN
UNITED STATES FEDERAL JUDGE
OR
JOHN MORRILL, Acting Clerk
By _____
Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev. 8-11)

CLERK'S COPY