AO 442



# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 2 4 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES OF AMERICA

UNSEALED
2/20/14

v.

Jose Susumo Azano Matsura

### WARRANT FOR ARREST

**Case Number:**    14cr0388-MMA

# NOT FOR PUBLIC VIEW

To:     The United States Marshal
        and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest          Jose Susumo Azano Matsura
                                                    _____
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                ☐ Pretrial Violation

charging him or her with  (brief description of offense):
2:437(g)(d)(1)(A)(i) and 441e(a)(1) - Campaign Contribution by a Foreign National

DATE:
ARRESTED BY: S/A Phan          FBI
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

In violation of Title _____ See Above _____ United States Code, Section(s) _____

John Morrill                              Acting Clerk of the Court
_____                   _____
Name of Issuing Officer                   Title of Issuing Officer

s/ D. Gilbert                             2/18/14   San Diego, CA
_____                   _____
Signature of Deputy                       Date and Location

Bail fixed at $ _____ No Bail _____       by     The Honorable Mitchell D. Dembin
                                                 _____
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |