```
1  KNUT S. JOHNSON (CSB 125725)
   LAW OFFICE OF KNUT S. JOHNSON
2  1010 Second Avenue, Suite 1850
   San Diego, California 92101
3  (619) 232-7080 (Phone)
   (619) 232-7324 (Fax)
4
   Attorney for JOSE SUSUMO AZANO MATSURA
5
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 14 cr 00388-MMA |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| JOSE SUSUMO AZANO MATSURA | |
| Defendant. | |

The Defendant, JOSE SUSUMO AZANO MATSURA, hereby appears before this Court by Knut S. Johnson, his attorney of record in the above entitled matter.

**I REQUEST THAT THIS COURT ALLOW KNUT S. JOHNSON, ESQ. TO BECOME MY ATTORNEY OF RECORD**

Dated: 02.27.14        _____
                       JOSE SUSUMO AZANO MATSURA

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: 2/27/14         _____
                       Knut S. Johnson, Esq.

- 14 cr 00388-MMA