FILED

2014 AUG 12  AM 11: 57

CLERK, US. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  14CR0388-MMA |
| Plaintiff, | I N D I C T M E N T **(Superseding)** |
| v. | |
| JOSE SUSUMO AZANO MATSURA (1), aka Mr. A., aka Mr. Lambo, RAVNEET SINGH (2), aka Ravi Singh, ELECTIONMALL, INC. (3), MARCO POLO CORTES (4), | Title 18, U.S.C., Sec. 371 – Conspiracy to Commit Offenses Against the United States; Title 2, U.S.C., Secs. 437g(d)(1)(A) and 441e(a)(1)(A) – Campaign Donation or Contribution by a Foreign National Aggregating $25,000 or More; Title 2, U.S.C., Secs. 437g(d)(1)(A) and 441f – Contribution in the Name of Another Aggregating $25,000 or More; Title 18, U.S.C., Sec. 1519 – Falsification of Records; Title 18, U.S.C., Sec. 201(b) – Bribery; Title 18, U.S.C., Sec. 922(g)(5)(B) – Alien in Possession of a Firearm; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Secs. 924(g)  and 981(a)(1)(C) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| Defendants. | |

The grand jury charges:

## Principles Governing the Integrity of Elections

1.   Citizens of the United States have a right to choose their political representatives through free and fair elections.  To promote the integrity of these elections, Congress enacted a series of rules governing campaign finance.

//

TCP:sj:San Diego
8/12/14

2.   Among other things, Congress prohibited foreign influence in the electoral process.  Accordingly, Title 2 of the United States Code prohibits any "foreign national" from making donations, contributions or expenditures in support of any candidate at the federal, state or local level.

3.   Congress also promoted transparency in the electoral process.  Both Title 2 and Title 18 of the United States Code prohibit the use of so-called "conduit" or "straw" donors, as well as other methods designed to conceal the source of campaign financing.

### Individuals Involved

4.   JOSE SUSUMO AZANO MATSURA, aka Mr. A., aka Mr. Lambo, was a businessman who maintained two houses in Coronado, California.  Among other things, JOSE SUSUMO AZANO MATSURA provided eavesdropping software and other technology to foreign governments.  JOSE SUSUMO AZANO MATSURA was a citizen of Mexico, and not a citizen of the United States, and had never applied for, nor obtained, legal permanent resident status in the United States.  As a result, JOSE SUSUMO AZANO MATSURA was a "foreign national" under Title 2 of the United States Code, and was prohibited from making donations and contributions – directly or indirectly – in support of any candidate for elective office in the United States at the federal, state or local level.

5.   In or about 2011, JOSE SUSUMO AZANO MATSURA began to involve himself in San Diego politics.  As part of this involvement, JOSE SUSUMO AZANO MATSURA made large donations in support of candidates for elective office in San Diego.

6.   RAVNEET SINGH, aka Ravi Singh, was the President of ELECTIONMALL, INC. and at all times worked on its behalf and for its benefit.  According to its website, ELECTIONMALL, INC. specialized in

providing social media services to political campaigns throughout the world.  RAVNEET SINGH, who styled himself the "campaign guru," worked principally out of offices in Washington, D.C.

7.   Marc Alan Chase ("Marc Chase"), who is charged elsewhere, was the managing member of South Beach Acquisitions, Inc. and West Coast Acquisitions, LLC, both of which are also charged elsewhere. Through these corporations, Marc Chase sold luxury automobiles and other goods.  One of Marc Chase's customers was JOSE SUSUMO AZANO MATSURA.

8.   Ernesto Encinas, who is charged elsewhere, was a retired San Diego Police Department ("SDPD") detective and the owner of a private security and consulting business.  Ernesto Encinas oversaw JOSE SUSUMO AZANO MATSURA's protection detail.

9.   MARCO POLO CORTES was a San Diego-based lobbyist.  According to public filings, MARCO POLO CORTES lobbied SDPD officials, city councilmembers, members of council staff and mayoral staff.

### Campaigns for Elective Office in San Diego

10.   In 2012 and 2013, a series of elections took place within the Southern District of California.  During the 2012 primary election cycle, a person hereinafter referred to as "Candidate 1" ran for the office of Mayor of San Diego.

11.   During the 2012 primary and general election cycles, a person hereinafter referred to as "Candidate 2" ran for the office of United States Representative for the 51st Congressional District of California.  Also during the 2012 primary and general election cycles, a person hereinafter referred to as "Candidate 3" ran for the office of Mayor of San Diego.

12. During a 2013 special election cycle, a person hereinafter referred to as "Candidate 4" ran for the office of Mayor of San Diego.

<u>Campaign Finance Methods and Public Records</u>

13. There were various ways to provide financial assistance to a campaign for elective office.

14. For example, a person could make a contribution or donation directly to a candidate. Contributions and donations could be made in the form of money, or in the form of some other thing of value, such as goods or services. When a person made a donation in the form of goods or services, it was generally referred to as an "in-kind" contribution or donation.

15. Also for example, a person could make a contribution or donation to an independent expenditure committee, also referred to as an "IE," "PAC" or "SuperPAC." Similarly, a person could make a contribution or donation to a committee of a political party. These independent expenditure committees and political party committees, in turn, could spend the money to support a particular candidate.

16. These various types of financial support and spending had to be reported to government agencies, which maintained records that the public and law enforcement agencies could access.

17. For instance, the Federal Election Commission maintained a record of contributions made in connection with federal elections. The State of California maintained a record of donations to political committees organized at the county level. The City of San Diego maintained a record of donations to campaigns and independent expenditure committees, as well as a record of expenditures made by independent expenditure committees.

1      18.   The  Federal  Bureau  of  Investigation  ("FBI")  was  a  United

2  States  executive  branch  agency.   Among  other  things,  the  FBI  was

3  responsible  for  investigating  the  potential  influence  of  foreign  money

4  in  American  elections,  including  the  donations,  contributions  and

5  expenditures  of  foreign  nationals.   The  FBI  was  further  responsible

6  for  investigating  illegal  campaign  contributions  and  expenditures  of

7  all  types,  as  well  as  the  bribery  and  attempted  bribery  of  public

8  officials.

9  Count 1: Conspiracy

10 (18 U.S.C. § 371)

11     19.   Allegations  1  through  18  of  this  Indictment  are  realleged

12 and  incorporated  by  reference.

13     20.   Beginning  on  a  date  unknown  and  continuing  up  through

14 September  2013,  in  the  Southern  District  of  California  and  elsewhere,

15 defendants  JOSE  SUSUMO  AZANO  MATSURA,  aka  Mr.  A.,  aka  Mr.  Lambo,

16 RAVNEET  SINGH,  aka  Ravi  Singh,  ELECTIONMALL,  INC.,  and  MARCO  POLO

17 CORTES  did  knowingly  conspire  together  and  with  others,  including

18 Ernesto  Encinas  and  Marc  Chase,  each  charged  elsewhere,  to  commit

19 offenses  against  the  United  States,  to  wit:

20     a.   Campaign  Donation  and  Contribution  by  a  Foreign

21     National  Aggregating  $25,000  and  More  in  a  Calendar

22     Year,  in  violation  of  Title  2,  United  States  Code,

23     Sections  437g(d)(1)(A)  and  441e(a)(1)(A);  and

24     b.   Falsification  of  Records  in  violation  of  Title  18,

25     United  States  Code,  Section  1519.

26 Manner and Means of the Conspiracy

27     21.   In  furtherance  of  this  conspiracy,  and  to  effect  its

28 objects,  defendants  JOSE  SUSUMO  AZANO  MATSURA,  aka  Mr.  A.,

5

aka Mr. Lambo, RAVNEET SINGH, aka Ravi Singh, ELECTIONMALL, INC., MARCO POLO CORTES and other coconspirators used the following manner and means among others:

  a. JOSE SUSUMO AZANO MATSURA and others would survey candidates for various elective offices in San Diego to determine which ones they should support.

  b. JOSE SUSUMO AZANO MATSURA would seek a private meeting with a candidate.

  c. To coordinate between JOSE SUSUMO AZANO MATSURA and candidates, Ernesto Encinas and MARCO POLO CORTES would act as intermediaries, communicating with campaign staff and other stakeholders about how JOSE SUSUMO AZANO MATSURA could lend financial support.

  d. Once JOSE SUSUMO AZANO MATSURA decided to support a candidate, he and his coconspirators would design secret methods of financing that candidate's campaign.

  e. On some occasions, JOSE SUSUMO AZANO MATSURA would use individuals as conduits, or "straw donors," for his campaign donations. JOSE SUSUMO AZANO MATSURA would provide these straw donors with money up front, or reimburse them later, for donations they made on his behalf.

  f. On other occasions, JOSE SUSUMO AZANO MATSURA would use Marc Chase as a conduit for large amounts of cash. At JOSE SUSUMO AZANO MATSURA's direction, Marc Chase would write checks to political party and independent expenditure committees that JOSE SUSUMO AZANO MATSURA knew would support his candidates of choice.

g.  JOSE SUSUMO AZANO MATSURA would also use companies and an independent expenditure committee of his own creation to direct money to the candidates he supported.

h.  As JOSE SUSUMO AZANO MATSURA used increasingly secret ways of influencing political campaigns, he and RAVNEET SINGH arranged unreported in-kind contributions to various candidates.  Through his company, ELECTIONMALL, INC., RAVNEET SINGH would provide social media services to the candidates that JOSE SUSUMO AZANO MATSURA supported.

i.  JOSE SUSUMO AZANO MATSURA would then fund ELECTIONMALL, INC.'s services, using a Mexico-based company to transmit payment to ELECTIONMALL, INC.'s bank account, never providing any invoice or other bill of costs to the campaigns themselves.

j.  Ultimately, JOSE SUSUMO AZANO MATSURA, RAVNEET SINGH, ELECTIONMALL, INC., MARCO POLO CORTES and others would ensure that JOSE SUSUMO AZANO MATSURA's name did not appear on public filings in connection with the illegal contributions and donations.

## Overt Acts

22.  In furtherance of the conspiracy and to effect its objects, the following overt acts, among others, were committed within the Southern District of California and elsewhere:

### Early Financial Support of Candidate 1

a.  In late December 2011, JOSE SUSUMO AZANO MATSURA instructed Marc Chase to recruit employees and friends to act as straw donors for donations to Candidate 1.

b. In late December 2011, JOSE SUSUMO AZANO MATSURA caused approximately $10,000 in cash, as well as preprinted envelopes, to be delivered to Marc Chase.

c. Between December 2011 and January 2012, as instructed, Marc Chase recruited employees and friends to donate to Candidate 1, giving them each between $500 and $1,000 of the money JOSE SUSUMO AZANO MATSURA had provided, and advising many that the cash had come from JOSE SUSUMO AZANO MATSURA.

d. In late 2011 or early 2012, JOSE SUSUMO AZANO MATSURA met Candidate 1 at his house in Coronado.

e. In about May 2012, JOSE SUSUMO AZANO MATSURA agreed to create, and did help create, an independent expenditure committee supporting Candidate 1.

f. On or about May 2, 2012, JOSE SUSUMO AZANO MATSURA invested $100,000 in the independent expenditure committee.

JOSE SUSUMO AZANO MATSURA's In-Kind Donations to Candidate 1

g. On or about February 26, 2012, ELECTIONMALL, INC. sent an email, carbon copying RAVNEET SINGH and JOSE SUSUMO AZANO MATSURA, and attaching an invoice that reflected $75,000 for "promot[ing]" online outreach in support of Candidate 1.

h. On or about March 13, 2012, ELECTIONMALL, INC. sent another email, again carbon copying RAVNEET SINGH and JOSE SUSUMO AZANO MATSURA, indicating: "Enclosed is the invoice for the betty boo project for 100k it was originally 75 but Mr Singh explained the need for the additional 25

1     during his last visit to San Diego and Mr A verbally

2     agreed [sic]."

3     i.    On or about June 13, 2012, RAVNEET SINGH replied to an

4     email from Ernesto Encinas, admonishing him not to discuss

5     their illegal campaign financing in writing: "I am not

6     responding to this email. Because of the legal

7     ramifications. Please talk to me . . . in person . . . ."

8 JOSE SUSUMO AZANO MATSURA's Straw Donations to Candidates 2 and 3

9     j.    On or about August 17, 2012, JOSE SUSUMO AZANO MATSURA,

10     MARCO POLO CORTES, Ernesto Encinas and Candidate 3 met at

11     JOSE SUSUMO AZANO MATSURA's house in Coronado, California.

12     k.    On or about August 21, 2012, MARCO POLO CORTES received,

13     and forwarded to Ernesto Encinas, an email from a

14     representative of Candidate 2 that included a link to the

15     Federal Election Commission's rules governing the

16     prohibition against contributions by foreign nationals.

17     l.    On or about September 17, 2012, JOSE SUSUMO AZANO MATSURA

18     met Candidate 2 for dinner in downtown San Diego.

19     m.    In about August and September, 2012, JOSE SUSUMO AZANO

20     MATSURA, MARCO POLO CORTES and Ernesto Encinas discussed

21     how best to support Candidate 2 and Candidate 3's

22     campaigns.

23     n.    In or about September 2012, JOSE SUSUMO AZANO MATSURA,

24     accompanied by Ernesto Encinas, instructed Marc Chase to

25     make certain large contributions in support of Candidates

26     2 and 3.

27     o.    On or about September 24, 2012, at JOSE SUSUMO AZANO

28     MATSURA's direction, Marc Chase wrote a $30,000 check to a

political party committee associated with Candidate 2's campaign for federal office.

p.   On or about September 27, 2012, at JOSE SUSUMO AZANO MATSURA's direction, Marc Chase wrote a $120,000 check to an independent expenditure committee supporting Candidate 3's campaign for mayor.

q.   On or about September 27, 2012, at JOSE SUSUMO AZANO MATSURA's direction, Marc Chase wrote a $30,000 check to a political party committee associated with Candidate 3's campaign for mayor.

r.   In September or October 2012, MARCO POLO CORTES personally delivered the $120,000 check to a representative of the independent expenditure committee.

s.   On or about October 2, 2012, JOSE SUSUMO AZANO MATSURA caused a $380,000 check to be given to Marc Chase.

t.   On or about October 2, 2012, as agreed between Marc Chase and JOSE SUSUMO AZANO MATSURA, Marc Chase deposited this $380,000 check, using $180,000 as reimbursement for the campaign contributions he had written on or about September 24 and 27, 2012.

JOSE SUSUMO AZANO MATSURA's In-Kind Contributions to Candidate 3

u.   In or about October 2012, RAVNEET SINGH, Ernesto Encinas and MARCO POLO CORTES visited Candidate 3's campaign offices and told staff that they were authorized to handle Candidate 3's social media efforts.

v.   In or about October 2012, when asked to provide a quote for their services, RAVNEET SINGH represented that the expenses would be "taken care of."

10

1   w.   In or about October 2012, RAVNEET SINGH and MARCO POLO
2        CORTES created a "war room" within the campaign offices of
3        Candidate 3.

4   x.   On or about October 15, 2012, JOSE SUSUMO AZANO MATSURA
5        caused a Mexico-based company to transmit $96,980 to
6        ELECTIONMALL, INC. for the purpose of funding social media
7        services supporting Candidate 3.

8   y.   On or about October 29, 2012, JOSE SUSUMO AZANO MATSURA
9        caused the same Mexico-based company to transmit $94,975
10       to ELECTIONMALL, INC. for the purpose of funding social
11       media services supporting Candidate 3.

12  z.   In or about December 2012, JOSE SUSUMO AZANO MATSURA
13       invited Candidate 3 to his home in Coronado Cays.

14                  The Special Mayoral Election

15  aa.  On or about August 1, 2013, acting as JOSE SUSUMO AZANO
16       MATSURA's agent, Ernesto Encinas spoke with a personal
17       friend of Candidate 4 (who did not know about the meeting)
18       and asked whether Candidate 4 would be interested in
19       "foreign investment."

20  bb.  On or about August 28, 2013, Ernesto Encinas and
21       MARCO POLO CORTES met with the friend of Candidate 4 (who
22       did not know about the meeting) to discuss how JOSE SUSUMO
23       AZANO MATSURA might be able to support his candidacy.

24  All in violation of Title 18, United States Code, Section 371.

25                  Count 2: Conspiracy

26                  (18 U.S.C. § 371)

27       23.  Allegations 1 through 18 of this Indictment are realleged
28  and incorporated by reference.

                              11

24.    Beginning on a date unknown and continuing through September 2013, within the Southern District of California and elsewhere, defendants JOSE SUSUMO AZANO MATSURA, aka Mr. A., aka Mr. Lambo, and MARCO POLO CORTES did knowingly conspire together and with others, including Ernesto Encinas and Marc Chase, each charged elsewhere, to commit an offense against the United States – to wit, Contribution in the Name of Another Aggregating $25,000 and More in a Calendar Year, in violation of Title 2, United States Code, Sections 437g(d)(1)(A) and 441f.

25.    In furtherance of the conspiracy and to effect its object, the following overt acts, among others, were committed within the Southern District of California and elsewhere:

a.    On or about August 21, 2012, MARCO POLO CORTES received, and forwarded to Ernesto Encinas, an email from a representative of Candidate 2 that included a link to the Federal Election Commission's rules governing the prohibition against contributions by foreign nationals.

b.    In or about September 17, 2012, JOSE SUSUMO AZANO MATSURA met Candidate 2 for dinner in downtown San Diego.

c.    In about August and September, 2012, JOSE SUSUMO AZANO MATSURA, MARCO POLO CORTES and Ernesto Encinas discussed how best to support Candidate 2 and Candidate 3's campaigns.

d.    In or about September 2012, JOSE SUSUMO AZANO MATSURA, accompanied by Ernesto Encinas, instructed Marc Chase to make certain large contributions in support of Candidates 2 and 3.

1    e.   On or about September 24, 2012, at JOSE SUSUMO AZANO
2         MATSURA's direction, Marc Chase wrote a $30,000 check to a
3         political party committee associated with Candidate 2's
4         campaign for federal office.
5    All in violation of Title 18, United States Code, Section 371.
6              Count 3: Donation and Contribution by a Foreign National
7                    (2 U.S.C. §§ 437g(d)(1)(A) and 441e(a)(1)(A))
8         26.   Allegations 1 through 18 of this Indictment are realleged
9    and incorporated by reference.
10        27.   From in or about May 2012 through in or about November 2012,
11   within the Southern District of California, defendant JOSE SUSUMO
12   AZANO MATSURA, aka Mr. A., aka Mr. Lambo, RAVNEET SINGH, aka Ravi
13   Singh, ELECTIONMALL, INC., and MARCO POLO CORTES willfully did
14   directly and indirectly make a contribution and donations of a foreign
15   national aggregating $25,000 and more during a calendar year in
16   connection with federal and local elections - to wit,
17        a.   by donating $100,000 of JOSE SUSUMO AZANO MATSURA'S money to
18             an independent expenditure committee that supported
19             Candidate 1's campaign for the office of Mayor of San Diego
20             during the 2012 primary election cycle;
21        b.   by donating approximately $128,000 of services to Candidate
22             1's campaign for the office of Mayor of San Diego during the
23             2012 primary election cycle, as financed by JOSE SUSUMO
24             AZANO MATSURA;
25        c.   by contributing $30,000 of JOSE SUSUMO AZANO MATSURA's money
26             to a political committee that supported candidates for
27             federal office;
28

                                   13

d.    by donating $120,000 of JOSE SUSUMO AZANO MATSURA's money to an independent expenditure committee that supported Candidate 3's campaign for the office of Mayor of San Diego during the 2012 general election cycle;

e.    by making a donation of $30,000 to a political committee that supported Candidate 3's campaign for the office of Mayor of San Diego during the 2012 general election cycle;

f.    by donating services worth approximately $190,000, financed by defendant JOSE SUSUMO AZANO MATSURA to Candidate 3's campaign for the office of Mayor of San Diego during the 2012 general election cycle;

all in violation of Title 2, United States Code, Sections 437g(d)(1)(A) and 441e(a)(1)(A), and Title 18, United States Code, Section 2.

Count 4: Contribution in the Name of Another

(2 U.S.C. §§ 437g(d)(1)(A) and 441f)

28.  Allegations 1 through 18 of this Indictment are realleged and incorporated by reference.

29.  On or about September 24, 2012, within the Southern District of California and elsewhere, defendants JOSE SUSUMO AZANO MATSURA, aka Mr. A., aka Mr. Lambo, and MARCO POLO CORTES willfully did make a contribution in the name of another aggregating $25,000 and more during a calendar year in connection with federal elections – to wit, by contributing $30,000 of defendant JOSE SUSUMO AZANO MATSURA's money in Marc Chase's name to a committee of a political party supporting federal candidates; all in violation of Title 2, United States Code, Section 437g(d)(1)(A) and 441f, and Title 18, United States Code, Section 2.

14

<u>Counts 5-24: Falsification of Records Related to Campaign Finance</u>

(18 U.S.C. § 1519)

30.   Allegations 1 through 18 of this Indictment are realleged and incorporated by reference.

31.   On the dates below, within the Southern District of California and elsewhere, defendants JOSE SUSUMO AZANO MATSURA, aka Mr. A., aka Mr. Lambo, RAVNEET SINGH, aka Ravi Singh, ELECTIONMALL, INC., and MARCO POLO CORTES, as set forth below, did knowingly alter, conceal, cover up, falsify and make a false entry into a record and document with the intent to impede, obstruct and influence the investigation and proper administration of matters within the jurisdiction of the Federal Bureau of Investigation – to wit, by concealing and covering up, in records specified below, the fact that defendant JOSE SUSUMO AZANO MATSURA  was the true source of the following campaign donations and contributions:

| COUNT | DATE | DEFENDANTS | RECORD | CONTRIBUTION FALSELY REPRESENTED TO BE MADE BY |
|-------|------|-----------|--------|-----------------------------------------------|
| 5 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 – Marc Chase |
| 6 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 – R.C. |
| 7 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 – O.F. |
| 8 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 – L.Z. |
| 9 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 – S.H. |
| 10 | 12/31/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 – K.H. |

| 11 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - C.P. |
|----|----------|---------------------------|-----------------------------------------------------------|-------------|
| 12 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - R.A. |
| 13 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - E.G. |
| 14 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - T.G. |
| 15 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - W.N. |
| 16 | 12/29/11 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - S.N. |
| 17 | 1/2/12 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - Mi.P. |
| 18 | 1/2/12 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Donations to Candidate 1 | $500 - Ma.P. |
| 19 | February 2012 | JOSE SUSUMO AZANO MATSURA; RAVNEET SINGH; ELECTIONMALL | San Diego City Clerk's Record of Donations to Candidate 1 | $128,000 - Unreported |
| 20 | 5/2/12 | JOSE SUSUMO AZANO MATSURA | San Diego City Clerk's Record of Independent Expenditure Committees Supporting Candidate 1 | $100,000 - Airsam N492RM, LLC |
| 21 | 9/24/12 | JOSE SUSUMO AZANO MATSURA; MARCO POLO CORTES | Federal Election Commission's Record of Donations | $30,000 - Marc Chase |
| 22 | 9/27/12 | JOSE SUSUMO AZANO MATSURA; MARCO POLO CORTES | San Diego City Clerk's Record of Independent Expenditure Committees Supporting Candidate 3 | $120,000 - South Beach Acquisitions, Inc. |
| 23 | 10/4/12 | JOSE SUSUMO AZANO MATSURA; MARCO POLO CORTES | California Secretary of State Record of Donations to Political Parties | $30,000 - West Coast Acquisitions, LLC |

| 24 | November 2012 | JOSE SUSUMO AZANO MATSURA; RAVNEET SINGH; ELECTIONMALL; MARCO POLO CORTES | San Diego City Clerk's Record of Donations to Candidate 3 | $191,950 - Unreported |
|----|---------------|---------------------------------------------------------------------------|-----------------------------------------------------------|------------------------|

All in violation of Title 18, United States Code, Sections 1519 and 2.

## Count 25: Bribery

### (18 U.S.C. § 201(b))

32. Beginning in approximately December 2013 and continuing to approximately January 2014, within the Southern District of California and elsewhere, defendants RAVNEET SINGH, aka Ravi Singh, and ELECTIONMALL, INC., did directly and indirectly corruptly give, offer and promise a thing of value to a public official with the intent to influence an official act and to induce that public official to act in violation of his lawful duties - to wit, by offering and giving $1,000 to a federal official in exchange for confidential and classified information; all in violation of Title 18, United States Code, Section 201(b), and Title 18, United States Code, Section 2.

## Count 26: Alien in Possession of a Firearm

### (18 U.S.C. § 922(g)(5)(B))

33. Beginning on an unknown date and continuing up to on or about January 22, 2014, within the Southern District of California and elsewhere, defendant JOSE SUSUMO AZANO MATSURA, aka Mr. A., aka Mr. Lambo, being an alien then-admitted to the United States under a non-immigrant visa, and not possessing any hunting license or permit, did knowingly possess in and affecting interstate commerce, a firearm - to wit, a black Sig Sauer P225 bearing serial number M634983, said

1  firearm having been shipped in interstate commerce; in violation of
2  Title 18, United States Code, Section 922(g)(5)(B).

3                          FORFEITURE ALLEGATIONS

4      34.  Upon conviction of the offense alleged in Count 25 of this
5  Indictment, defendants RAVNEET SINGH, aka Ravi Singh, and
6  ELECTIONMALL, INC., shall forfeit to the United States all property,
7  real and personal, which constitutes or is derived from proceeds
8  traceable to the violation of Title 18, United States Code,
9  Section 201, including but not limited to $1,000; all in violation of
10 Title 18, United States Code, Section 981(a)(1)(C) and Title 28,
11 United States Code, Section 2461.

12     35.  If any of the above-described forfeited property, as a
13 result of any act or omission of defendants RAVNEET SINGH, aka Ravi
14 Singh, or ELECTIONMALL, INC., cannot be located upon the exercise of
15 due diligence; has been transferred or sold to, or deposited with, a
16 third person; has been placed beyond the jurisdiction of the Court;
17 has been substantially diminished in value; or has been commingled
18 with other property which cannot be subdivided without difficulty, it
19 is the intent of the United States, pursuant to Title 21,
20 United States Code, Section 853(p), made applicable herein by Title
21 28, United States Code, Section 2461(c), to seek forfeiture of any
22 other property of the defendant up to the value of the property
23 described above subject to forfeiture.

24     36.  Upon conviction of the offense alleged in Count 26 of this
25 Indictment, defendant JOSE SUSUMO AZANO MATSURA, aka Mr. A., aka
26 Mr. Lambo, shall forfeit to the United States, pursuant to Title 18,
27 United States Code, Section 924(d), and Title 28, United States Code,
28 Section 2461(c), all firearms and ammunition involved in the

1  commission of the offense, including but not limited to the following:

2  the black Sig Sauer P225 bearing serial number M634983, and all

3  ammunition found with it; all pursuant to Title 18, United States

4  Code, Sections 924(g) and 981(a)(1)(C), and Title 28, United States

5  Code, Section 2461(c).

6          DATED: August 12, 2014.

A TRUE BILL:

Foreperson

WILLIAM P. COLE
Attorney for the United States
      Acting Under Authority Conferred by Title 28,
      United States Code, Section 515

TIMOTHY C. PERRY
Assistant U.S. Attorney

19