**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorney for Mr. Azano Matsura

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL M. ANELLO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JOSE SUSUMO AZANO MATSURA (1),**<br><br>Defendant. | Case No. 14cr388-MMA<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

I, John C. Lemon, hereby enter my general appearance as attorney of record for Jose Susumo Azano Matsura (1), in the above-captioned case (acting as cocounsel with Knut S. Johnson). I certify that I am admitted to practice in the State of California and in the Southern District of California.

Dated: September 11, 2014        /s John C. Lemon
                                 **JOHN C. LEMON**