1

2

3

4  Attorney for   Knut S. Johnson (CSB 125725)

5                 550 West C Street, Suite 790
                  San Diego, CA 92101
6

7

8                 UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          )     Case No.  14CR0388-MMA
                                      )
12                                    )     NOTICE OF CHANGE OF ADDRESS
                                      )
13                                    )
                                      )
14              vs.                   )
    JOSE SUSUMO AZANO MATSURA         )
15                                    )
                                      )
16                                    )

17                  NOTICE OF CHANGE OF ADDRESS

18        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE THAT

20  has changed _____ names, _____ firms, _____addresses, __✓__ phone numbers, and/or _____ fax

21  numbers  as follows.

22        Current contact information:

23  Knut S. Johnson
    550 West C Street Suite 790
24  San Diego, CA 92101

25

26

27  DATED: _10/7/14_____     Signature:

28