**KNUT S. JOHNSON**
California Bar No. 125725
**LAW OFFICE OF KNUT S. JOHNSON**
550 West C Street, Suite 790
San Diego, CA 92101
(619) 232-7080
knut@knutjohnson.com

**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorneys for Mr. Azano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL M. ANELLO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>**JOSE SUSUMO**<br>  **AZANO MATSURA (1),**<br><br>  Defendant. | Criminal No. 14cr388-MMA<br><br>Date: November 3, 2014<br>Time: 2:00 p.m.<br><br>NOTICE OF MOTION AND MOTION TO RECONSIDER ORDER DENYING DISCOVERY REGARDING THE RECUSAL OF THE UNITED STATES ATTORNEY |

TO: WILLIAM P. COLE, UNITED STATES ATTORNEY (ACTING); AND ROBERT S. HUIE, ASSISTANT UNITED STATES ATTORNEY.

Jose Susumo Azano Matsura (1), through counsel, Knut S. Johnson and John C. Lemon, moves this Court to reconsider its order denying his motion for discovery regarding the reason for the recusal of the United States Attorney, Laura E. Duffy.

//

//

//

14cr388-MMA

1     Mr. Azano brings this motion on the basis of his Fifth Amendment right to Due
2 Process of law.

4                                           Respectfully submitted,

6 Dated: October 20, 2014                /s/ John C. Lemon
                                              **KNUT S. JOHNSON**
7                                               **JOHN C. LEMON**
                                              Attorneys for Mr. Azano