WILLIAM P. COLE
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. § 515
California Bar No. 186772
ROBERT S. HUIE
Assistant U.S. Attorney
California Bar No. 237374
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7053
Email:  robert.huie@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOSE SUSUMO AZANO MATSURA (1),<br><br>                    Defendant. | Case No.  14-CR-0388-MMA<br><br>**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT AZANO'S MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>Date: February 24, 2015<br>Time: 1:30 p.m. |

Defendant Jose Susumo Azano Matsura ("Azano") petitions, once again, to modify his conditions of pretrial release. But his brief, filed late yesterday afternoon, provides no basis for the proposed modification. Instead, he merely disputes the strength of the evidence against him. For several reasons, his contentions have no merit.

1

First, Azano contends that this case "no longer resembles" the case initially proffered against him. In fact, it does. The Superseding Indictment describes approximately $600,000 in illegal campaign financing by Azano. Indeed, by simply referring to Count Three, and adding up the six unlawful contributions on pp. 12-13, those contributions total $598,000. [See Docket No. 42 (Superseding Indictment, Count 3).][1] And Azano's brief ignores, altogether, the felony firearm charge against him. [Id. Count 26.]

Second, the weight of the evidence is the least important factor in a bail hearing. United States v. Hir, 517 F.3d 1081, 1090 (9th Cir. 2008). Here, however, the evidence has only grown *stronger* since Azano's initial detention hearing. Since that time, two of Azano's coconspirators have pled guilty to conspiring with him to violate campaign finance laws, explicitly affirming that Azano agreed to knowingly and willfully make foreign national contributions. Azano's claim that he could potentially impeach witnesses against him at his future trial is a remarkably insufficient basis for cutting his bail.

//
//
//
//
//
//
//

---

[1] The United States does not know why Azano represents that the Superseding Indictment alleges $450,000 in illegal campaign financing. But even $450,000 in illegal campaign financing is staggering, historical, and 18 times greater than the felony threshold of $25,000 in a calendar year.

2

Third, Azano contends that the United States has not presented motive evidence. But motive is not an element of any charge against him and need not be alleged in the indictment. While Azano had ample motive to commit his offenses, the point is inapposite to bail.

                Respectfully submitted,

                WILLIAM P. COLE
                Attorney for the United States,
                Acting under Authority Conferred
                By 28 U.S.C. § 515

Dated: February 24, 2015    /s Robert S. Huie
                ROBERT S. HUIE
                Assistant U.S. Attorney

3

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE SUSUMO AZANO MATSURA (1),<br><br>　　　　Defendants. | Case No. 14-CR-0388-MMA<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT AZANO'S MOTION TO MODIFY CONDITIONS OF RELEASE** on the parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies their counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2015.

　　　　　　　　　　　　　　　　　　/s/ Robert S. Huie
　　　　　　　　　　　　　　　　　　ROBERT S. HUIE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney