Michael L. Lipman (SBN 66605)
Jason M. Ohta (SBN 211107)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619 744 2200
Facsimile:  619 744 2201
E-mail:    mllipman@duanemorris.com
           johta@duanemorris.com

Attorneys for Defendant
RAVNEET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SUSUMO AZANO MATSURA, RAVNEET SINGH, ELECTIONMALL, INC., AND MARCO POLO CORTES,<br><br>Defendants. | Case No.: 14CR0388-MMA<br><br>**RAVNEET SINGH'S NOTICE OF MOTION AND MOTION TO FILE MEMORANDA IN SUPPORT OF SUBSTANTIVE MOTIONS IN EXCESS OF 25 PAGES PURSUANT TO CRIMINAL LOCAL RULE 47.1**<br><br>Date:   July 10, 2015<br>Time:   1:30 p.m.<br>Ctrm:   3A<br>Judge:  Hon. Michael M. Anello |

Ravneet Singh ("Singh") respectfully requests leave of Court to file memoranda in support of his substantive motions that will be filed on June 5, 2015.  Criminal Local Rule 47.1(e) provides that, "Briefs of memoranda in support of … all motions noticed for the same motion day must not exceed twenty-five (25) pages in length total for all such motions without leave of a district judge."  CrimLR 47.1(e).

Here, the Court set a July 10, 2015 motion hearing date for all defendants. Based on the complexity of this campaign finance case, Singh plans to file multiple motions, including a motion to suppress evidence obtained from the Government's

RAVNEET SINGH'S NOTICE OF MOTION AND MOTION TO FILE MEMORANDA IN SUPPORT OF SUBSTANTIVE MOTIONS IN EXCESS OF 25 PAGES PURSUANT TO CRIMINAL LOCAL RULE 47.1

DM1\5677033.1                                    CASE NO.: 14CR0388(MMA)

wiretap and a motion to suppress Singh's statements.  In order to properly address all relevant pretrial issues in this complex case, Singh requests that the Court allow him to file memoranda of points and authorities in excess of 25 pages.

Accordingly, pursuant to Criminal Local Rule 47.1(e), Singh requests that the Court grant his motion.

Dated:  June 1, 2015                              **DUANE MORRIS LLP**

By:     /s/ Jason M. Ohta
        Michael L. Lipman
        Jason M. Ohta
        Attorneys for Ravneet Singh