```
FILED
JUN 1 5 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

**KNUT S. JOHNSON**
California Bar No. 125725
**LAW OFFICE OF KNUT S. JOHNSON**
550 West C Street, Suite 790
San Diego, CA 92101
(619) 232-7080
knut@knutjohnson.com

**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorneys for Mr. Azano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL M. ANELLO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 14cr388-MMA |
| Plaintiff, | |
| v. | **Defendant's ex parte application to submit Exhibit C to CR 108 under under seal pending his motion to remove Exhibit C from the protective order** |
| **JOSE SUSUMO AZANO MATSURA (1),** Defendant. | |

Jose Susumo Azano Matsura, consistent with the protective order entered by this Court, moves this Court to receive Exhibit C to his discovery-related motions filed on June 5, 2015 (CR 108) under seal, pending his contemporaneously filed motion to unseal.

//

//

//

14cr388-MMA

This basis for this ex parte application is set forth in the accompanying declaration of counsel.

Respectfully submitted,

Dated: June 5, 2015

*[signature]*

KNUT S. JOHNSON
JOHN C. LEMON
Attorneys for Mr. Azano

```
FILED
JUN 15 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          acc     DEPUTY
```

**KNUT S. JOHNSON**
California Bar No. 125725
LAW OFFICE OF KNUT S. JOHNSON
550 West C Street, Suite 790
San Diego, CA 92101
(619) 232-7080
knut@knutjohnson.com

**JOHN C. LEMON**
California Bar No. 175847
LAW OFFICES OF JOHN C. LEMON, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorneys for Mr. Azano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MICHAEL M. ANELLO)

| UNITED STATES OF AMERICA, | ) | Criminal No. 14cr388-MMA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| **JOSE SUSUMO AZANO MATSURA (1),** | ) | Declaration of counsel in support of ex parte application to receive Exhibit C to his discovery-related motions (CR 108) under seal pending his contemporaneously filed motion to remove Exhibit C from the protective order |
| Defendant. | ) | |

I, John C. Lemon, declare under penalty of perjury:

1.  I am over the age of 18 and competent to testify. I am one of two attorneys of record for Jose Susumo Azano Matsura in this case.

2.  I submit this declaration in support of the accompanying application to submit Exhibit C to Mr. Azano's discovery-related motions filed on this date (CR 108) under seal, pending his contemporaneously filed motion to remove the documents contained in Exhibit C from the protective order.

//

3.      Exhibit C is composed of selected discovery, which is subject to a protective order. Much of this discovery (e.g., the redacted FBI reports documenting its investigation of Sempra for violations of the Foreign Corrupt Practices Act) is already in the public domain, available through a FOIA request. Another lengthy document, Mr. Azano's complaint letter to the FBI and the Inspector General regarding HSI Agent John Chakwin III, was generated by a lawyer working for Mr. Azano and there is not any reason that it should be subject to a protective order for documents produced by the government in discovery. And the rest of the documents (excerpts from Reports of Investigation and selected pleadings drafted by government agents and lawyers in support of electronic surveillance) do not implicate the privacy concerns of any "uncharged individuals."

4.      I have accordingly filed a motion on behalf of Mr. Azano asking this Court to remove the documents comprising Exhibit C from the protective order.

5.      In the interim, I am hereby submitting Exhibit C under seal.


I state the foregoing is true and correct to the best of my knowledge.


Dated: June 5, 2015

_____
JOHN C. LEMON