WILLIAM P. COLE
Acting United States Attorney (per 28 U.S.C. § 515)
California Bar No. 186772
ANDREW G. SCHOPLER
HELEN H. HONG
Assistant U.S. Attorneys
California Bar Nos. 236585 / 235635
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6762/8068/6990
Email: Andrew.Schopler@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14CR0388-MMA |
|---|---|
| Plaintiff, | Date: July 17, 2015<br>Time: 1:30 p.m. |
| v. | **JOINT MOTION TO EXTEND WIRETAP SUPPRESSION MOTION RESPONSE DEADLINE TO JULY 10, 2015** |
| JOSE SUSUMO AZANO MATSURA (1),<br>   aka Mr. A.,<br>   aka Mr. Lambo,<br>RAVNEET SINGH (2),<br>   aka Ravi Singh,<br>ELECTIONMALL, INC. (3),<br>MARCO POLO CORTES (4), | |
| Defendants. | |

The United States of America and the above-captioned defendants, who are on bond, jointly move to extend the United States' response deadline from July 3, 2015, to **July 10, 2015**, as to the wiretap suppression motions filed by defendant Singh (under seal) and by defendant Azano (document 110), and as to defendant Azano's request for a *Franks* hearing regarding the wiretap affidavit (document 108).[1] The parties agree that the response deadlines for the remaining motions shall remain as scheduled on July 3, 2015.

//

---

[1] The parties agree that the response deadline for document 108's non-wiretap-related motions shall remain as scheduled on July 3, 2015.

```
                                Respectfully submitted,

                                LAURA E. DUFFY
                                United States Attorney


DATED: June 29, 2015           /s/ Andrew G. Schopler
                                ANDREW G. SCHOPLER
                                Assistant U.S. Attorney



DATED: June 29, 2015           /s/ Knut S. Johnson
                                KNUT S. JOHNSON
                                Counsel for Mr. Azano (1)



DATED: June 29, 2015           /s/ Michael L. Lipman
                                MICHAEL L. LIPMAN
                                JASON M. OHTA
                                Duane Morris LLP
                                Counsel for Mr. Singh (2)



DATED: June 29, 2015           /s/ Frank T. Vecchione
                                FRANK T. VECCHIONE
                                Counsel for ElectionMall, Inc. (3)



DATED: June 29, 2015           /s/ Nancy B. Rosenfeld
                                NANCY B. ROSENFELD
                                Counsel for Mr. Cortes (4)
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE SUSUMO AZANO MATSURA (1),<br>    aka Mr. A.,<br>    aka Mr. Lambo,<br>RAVNEET SINGH (2),<br>    aka Ravi Singh,<br>ELECTIONMALL, INC. (3),<br>MARCO POLO CORTES (4),<br><br>    Defendants. | Case No. 14CR0388-MMA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

Executed on June 29, 2015.

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant U.S. Attorney

3