# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE SUSUMO AZANO MATSURA, et al., <br><br> Defendants. | Case No. 14CR0388-MMA <br><br> **ORDER TO EXTEND WIRETAP SUPPRESSION MOTION RESPONSE DEADLINE TO JULY 10, 2015** <br><br> [Doc. No. 140] |

Good cause appearing, the Court **GRANTS** the parties' joint motion.

Accordingly, **IT IS HEREBY ORDERED** that the United States' response deadline is extended from July 3, 2015, to **July 10, 2015**, as to the wiretap suppression motions filed by Defendant Singh (under seal) and by Defendant Azano (Doc. No. 110), and as to defendant Azano's request for a *Franks* hearing regarding the wiretap affidavit (Doc. No. 108).[1] The response deadlines for the remaining motions shall remain as scheduled on July 3, 2015.

**IT IS SO ORDERED**.

DATED: June 29, 2015

_____
HON. MICHAEL M. ANELLO
United States District Judge

---

[1] The response deadline for Doc. No. 108's non-wiretap-related motions shall remain as scheduled on July 3, 2015.