Michael L. Lipman (SBN 66605)
Jason M. Ohta (SBN 211107)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200
Facsimile:  619.744.2201
E-mail:     mllipman@duanemorris.com
            johta@duanemorris.com

Kimberly G. Lippman (*Pro Hac Vice Application Pending*)
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171
Telephone: 856.874.4200
Facsimile:  856.874.4636
E-mail:     kglippman@duanemorris.com

Attorneys for Defendant
RAVNEET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE SUSUMO AZANO MATSURA, RAVNEET SINGH, ELECTIONMALL, INC., AND MARCO POLO CORTES,<br><br>        Defendants. | Case No.: 14CR0388-MMA<br><br>**NOTICE OF MOTION AND MOTION TO JOIN CO-DEFENDANTS' MOTIONS FILED ON BEHALF OF JOSE SUSUMO AZANO MATSURA AND MARCO POLO CORTES**<br><br>Date:   July 17, 2015<br>Time:   1:30 p.m.<br>Ctrm:   3A<br>Judge:  Hon. Michael M. Anello |

PLEASE TAKE NOTICE that Defendant Ravneet Singh ("Singh"), by and through his counsel, Jason M. Ohta, hereby moves this Court for an Order granting Singh's Motion to join in the motions filed on behalf of co-defendants Jose Susumo Azano Matsura and Marco Polo Cortes:

## MOTION

SINGH respectfully moves to join in the following motions filed in this case:

(1) CM/ECF 101 – Motion for Discovery, filed by Marco Polo Cortes on June 4, 2015.

(2) CM/ECF 107 – Motion to Dismiss Superseding Indictment (Counts One and Three), filed by Jose Susumo Azano Matsura on June 5, 2015.

(3) CM/ECF 108 – Motion for Order Compelling the Production of All Exculpatory and Impeaching Evidence; Motion to Compel Discovery Evincing a "Skewed or Biased" Prosecution; Motion to Compel Discovery Regarding Agent Phan's Material Omissions in her June 21, 2013 Wiretap Affidavit and to Order a *Franks* Hearing; Motion to Compel Production of Rough Notes of Interviews of Mr. Azano; filed by Jose Susumo Azano Matsura on June 5, 2015.

(4) CM/ECF 110 – Motion to Suppress Wiretap Evidence and for a *Franks* Hearing, filed by Jose Susumo Azano Matsura on June 5, 2015.

///
///
///
///
///
///
///
///
///

(5) CM/ECF 112 – Motion to Dismiss Counts 5-24 for Failing to State a Crime (Singh joins to dismiss Counts 19 and 24); Motion to Dismiss for Being Unconstitutionally Vague (Singh joins to dismiss Counts 19 and 24); and Motion to Dismiss Indictment Due to Improper Grand Jury Instructions; filed by Jose Susumo Azano Matsura on June 5, 2015.

Dated: July 6, 2015                    **DUANE MORRIS LLP**

By: /s/ Jason M. Ohta
    Michael L. Lipman
    Jason M. Ohta
    Attorneys for Ravneet Singh