WILLIAM P. COLE
Attorney for the United States (under 28 U.S.C. § 515)
California State Bar No. 186772
ANDREW G. SCHOPLER
HELEN H. HONG
Assistant U.S. Attorneys
California State Bar Nos. 236585/235635
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8068/6990
Fax: (619) 546-0631
Email: Andrew.Schopler@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SUSUMO AZANO MATSURA (1),<br><br>RAVNEET SINGH (2),<br><br>Defendants. | Case No.: 14CR0388-MMA<br><br>**UNITED STATES' MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO MOTIONS TO SUPPRESS WIRETAP AND NOTICE OF SUBMISSION OF RESPONSE**<br><br>Date: July 17, 2015<br>Time: 1:30 p.m.<br>Ctrm: Hon. Michael M. Anello |

Pursuant to CrimLR 47.1(e), the United States seeks leave to file excess pages in an omnibus response to oppose defendant Jose Susumo Azano Matsura and defendant Ravneet Singh's Motions to Suppress Wiretap Evidence. The defendants have filed 81 pages of briefing in support of their motions and the United States requires more than 25 pages to respond.

The United States also provides notice that on July 10, 2015, the United States submitted its Response to chambers through its efile email address, with the Court's permission, and to defense counsel by electronic mail. The response and exhibits will be physically lodged with the Court under seal, and mailed to counsel for all defendants, on Monday, July 13, 2015.

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: July 11, 2015

Respectfully submitted,

/s/ *Andrew G. Schopler*
WILLIAM P. COLE
Acting United States Attorney
ANDREW G. SCHOPLER
HELEN H. HONG
Assistant United States Attorney

2

1

2

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3   UNITED STATES OF AMERICA, | Case No.: 14CR0388-MMA |
| 4              Plaintiff, | CERTIFICATE OF SERVICE |
| 5        v. | |
| 6   JOSE SUSUMO AZANO MATSURA (1), | |
| 7   RAVNEET SINGH (2), | |
| 8              Defendant. | |

9

10   IT IS HEREBY CERTIFIED THAT:

11

12        I, the undersigned, declare under penalty of perjury that I have served the foregoing

13   document on the above-captioned party(ies) by electronically filing it with the U.S.

14   District Court for the Southern District of California using its ECF System, which

15   electronically notifies the party(ies).

16        Executed on July 11, 2015

17        /s/ *Andrew G. Schopler*
          ANDREW G. SCHOPLER

18

19

20

21

22

23

24

25

26

27

28

3