Michael L. Lipman (SBN 66605)
Jason M. Ohta (SBN 211107)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200
Facsimile:  619.744.2201
E-mail:    mllipman@duanemorris.com
           johta@duanemorris.com

Kimberly G. Lippman (*Pro Hac Vice Application Pending*)
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171
Telephone: 856.874.4230
Facsimile:  856.874.4636
E-mail:    kglippman@duanemorris.com

Attorneys for Defendant
RAVNEET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE SUSUMO AZANO MATSURA, RAVNEET SINGH, ELECTIONMALL, INC., AND MARCO POLO CORTES,<br><br>　　　　Defendants. | Case No.: 14CR0388-MMA<br><br>**WAIVER OF DEFENDANT RAVNEET SINGH'S PERSONAL APPEARANCE AT MOTION HEARING**<br><br>Date:　　October 6, 2015<br>Time:　　1:30 p.m.<br>Ctrm:　　3A<br>Judge:　　Hon. Michael M. Anello |

Defendant Ravneet Singh ("Singh"), having been advised of his right to be present at all stages of the proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and cross-examine all witnesses, hereby waives the right to be present at the motion hearing scheduled on October 6, 2015 at 1:30 p.m. before the Honorable Michael M. Anello. Counsel has fully explained the nature of the proceeding to Singh and that Singh understands the hearing will involve his motion to suppress evidence obtained by search warrant. Singh hereby requests the Court to proceed with the motion hearing during his absence and hereby agrees that his interest is represented at all times by the presence of his attorney as if Singh was personally present in Court.

Dated: October 5, 2015

                        **DUANE MORRIS LLP**

                        By: /s/ Jason M. Ohta
                              Michael L. Lipman
                              Jason M. Ohta
                              Attorneys for Ravneet Singh

I, Ravneet Singh, in consultation with my attorneys above, knowingly, intelligently and voluntarily waive my appearance at the motion hearing scheduled for October 6, 2015 at 1:30 p.m., before the Honorable Michael M. Anello. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 5th day of October 2015, in Fort Lauderdale, Florida.

                                                          Ravneet Singh