| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | OCT 20 2015 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: JOSE SUSUMO AZANO MATSURA.

---

JOSE SUSUMO AZANO MATSURA,

　　　　　Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO,

　　　　　Respondent,

UNITED STATES OF AMERICA,

　　　　　Real Party in Interest.

No. 15-72379

D.C. No. 3:14-cr-00388-MMA
Southern District of California,
San Diego

ORDER

Before: GOULD, BYBEE, and WATFORD, Circuit Judges.

　　　Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

AS/MOATT

To the extent petitioner requests this court construe the July 31, 2015 filing as a notice of appeal from the district court's July 16, 2015 order, that request is denied.

No further filings will be entertained in this closed case.

**DENIED**.