Michael L. Lipman (SBN 66605)
Jason M. Ohta (SBN 211107)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200
Facsimile:  619.744.2201
E-mail: mllipman@duanemorris.com
         johta@duanemorris.com

Kimberly G. Lippman (Admitted *Pro Hac Vice*)
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171
Telephone: 856.874.4230
Facsimile:  856.874.4636
E-mail: kglippman@duanemorris.com

Attorneys for Defendant
RAVNEET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SUSUMO AZANO MATSURA, RAVNEET SINGH, ELECTIONMALL, INC., AND MARCO POLO CORTES,<br><br>Defendants. | Case No.: 14CR0388-MMA<br><br>**RAVNEET SINGH'S NOTICE OF MOTION AND MOTION TO SEVER DEFENDANTS AT TRIAL**<br><br>Date:    January 4, 2016<br>Time:    9:00 a.m.<br>Ctrm:    3A<br>Judge:   Hon. Michael M. Anello |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on January 4, 2016, at 9:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 3A of the above-entitled Court, located at 221 West Broadway, San Diego, California, Ravneet Singh ("Singh"), by and through his attorneys or record, will and hereby does move this Court for an Order granting his Motion to Sever Defendants for trial and ordering trial on the charges against him to proceed on February 16, 2016, as originally scheduled.

Singh brings this motion pursuant to Federal Rule of Criminal Procedure 14(a). This motion is based on the notice of motion and motion, the accompanying memorandum of points and authorities, other papers on file in this action, and upon such other matters as may be presented to the Court.

If, after reviewing the parties' briefing, the Court finds this matter suitable for disposition without oral argument, Singh does not object to the hearing being vacated and the matter submitted.

Dated:  December 17, 2015            **DUANE MORRIS LLP**

                                     By:   */s/ Michael L. Lipman*
                                           Michael L. Lipman
                                           Jason M. Ohta
                                           Attorneys for Ravneet Singh