Michael L. Lipman (SBN 66605)
Jason M. Ohta (SBN 211107)
**DUANE MORRIS** LLP
750 B Street, Ste. 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
email:   mllipman@duanemorris.com
         johta@duanemorris.com

Attorneys for Defendant
RAVNEET SINGH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14CR0388-MMA |
| Plaintiff, | **ACKNOWLEDGMENT OF NEW HEARING DATE** |
| v. | |
| JOSE SUSUMO AZANO MATSURA; RAVNEET SINGH; ELECTIONMALL, INC.; MARCO POLO CORTES, | |
| Defendants. | |

Defendant Ravneet Singh hereby acknowledges that the February 1, 2016 motion hearing date is continued to February 29, 2016 at 2:00 p.m. before the Honorable Michael M. Anello.

Dated: January 29, 2016

_____
Ravneet Singh

ACKNOWLEDGMENT OF NEW HEARING DATE

DM1\4534311.2

14CR0388