1 ALANA W. ROBINSON
Attorney for the United States
2 Acting Under Authority Conferred by 28 U.S.C. § 515
ANDREW G. SCHOPLER
3 HELEN H. HONG
Assistant U.S. Attorneys
4 California Bar Nos. 236585 / 235635
880 Front Street, Room 6293
5 San Diego, CA 92101
Tel: (619) 546-8068/6990
6 Email: Andrew.Schopler@usdoj.gov

7 Attorneys for the United States

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA          Case No. 14CR0388-MMA

11        v.                          Date:   April 8, 2016
                                      Time:   2:00 p.m.
12  JOSE SUSUMO AZANO MATSURA (1),
        aka Mr. A.,                   **JOINT MOTION TO EXCLUDE TIME**
13      aka Mr. Lambo,                **UNDER THE SPEEDY TRIAL ACT FROM**
    RAVNEET SINGH (2),                **MAR. 8 TO APR. 4, 2016**
14      aka Ravi Singh,
    ELECTIONMALL, INC. (3),
15  MARCO POLO CORTES (4),
    EDWARD SUSUMO AZANO HESTER (5),
16      aka Susu,
        aka Junior,
17
                 Defendants.
18

19        The United States of America and the above-captioned defendants, who are on

20  bond, jointly move to exclude the time from March 8, 2016, through April 4, 2016, from

21  the Speedy Trial Act calculations because: (1) there are pretrial motions pending that

22  require a hearing, *see* 18 U.S.C. § 3161(h)(1)(D); and (2) the ends of justice served by

23  excluding time outweigh the best interests of the public and the defendants in a speedy

24  trial, *see* 18 U.S.C. § 3161(h)(7)(A).

25        The following facts support the requested time exclusion:

26        1.    There are pending pretrial motions that require a hearing. *See* Docs. 101, 146.

27  At today's hearing, the parties briefly addressed the merits of Cortes' request for

28  discovery of Encinas's SDPD personnel file.  At the April 4, 2016 motion hearing date,

1  the parties wish to be heard further on that issue as well as the other requests made in

2  Cortes' discovery motion.

3       2.    As for the "ends of justice" time exclusion, the filing of the second

4  superseding indictment, including adding defendant Edward Susumo Azano Hester,

5  justifies the exclusion of time at least until April 4, 2016.  Discovery in this case is already

6  voluminous.  Doc. No. 93, at 3.  And the United States will be providing significant new

7  discovery relating to the new counts and its ongoing investigation.  Mr. Azano Hester's

8  counsel in particular, as the newest attorney in this case, will need time to review the

9  discovery in order to prepare for pretrial motions and the trial itself.  And all defense

10  counsel will need time to analyze the new indictment and the new discovery, in order to

11  evaluate (or re-evaluate) trial tactics, pretrial motions, and the significant amount of

12  evidence in this case, including the new discovery.

13       3.    This case involves significant factual and legal complexity, as this Court has

14  found in the past.  Doc. No. 93, at 2-3.  Since the new indictment increases the number of

15  counts charged from 26 to 39, as well as adding a new defendant, the case has only

16  become more factually and legally complex.

17       4.    In light of the foregoing facts, failure to exclude the requested time would

18  result in a miscarriage of justice, as it is unreasonable to expect adequate preparation for

19  pretrial motions or for the trial itself within 70 days, absent the requested time exclusion.

20       For the foregoing reasons, the parties jointly move this Court to exclude time under

21  the Speedy Trial Act for the reasons stated.

22                                             Respectfully submitted,

23                                            ALANA W. ROBINSON
Attorney for the United States

24                                            Acting Under 28 U.S.C. § 515

25

26  DATED: March 8, 2016            /s/ *Andrew G. Schopler*
                                         ANDREW G. SCHOPLER

27                                            HELEN H. HONG
Assistant U.S. Attorney

28

DATED: March 8, 2016

/s/ *Knut S. Johnson*
KNUT S. JOHNSON
Counsel for Mr. Azano Matsura (1)

DATED: March 8, 2016

/s/ *Michael L. Lipman*
MICHAEL L. LIPMAN
Duane Morris LLP
Counsel for Mr. Singh (2)

DATED: March 8, 2016

/s/ *Frank T. Vecchione*
FRANK T. VECCHIONE
Counsel for ElectionMall, Inc. (3)

DATED: March 8, 2016

/s/ *Nancy B. Rosenfeld*
NANCY B. ROSENFELD
Counsel for Mr. Cortes (4)

DATED: March 8, 2016

/s/ *Joshi A. Valentine*
JOSHI A. VALENTINE
Counsel for Mr. Azano Hester (5)
(Special Appearing)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR0388-MMA |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JOSE SUSUMO AZANO MATSURA (1),<br>    aka Mr. A.,<br>    aka Mr. Lambo,<br>RAVNEET SINGH (2),<br>    aka Ravi Singh,<br>ELECTIONMALL, INC. (3),<br>MARCO POLO CORTES (4),<br>EDWARD SUSUMO AZANO HESTER (5),<br>    aka Susu,<br>    aka Junior,<br><br>    Defendants. | |

I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by:

■ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

☐ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.

☐ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:

Executed on March 8, 2016.

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant U.S. Attorney

4