**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorney for Mr. Azano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL M. ANELLO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSE SUSUMO ) <br>     AZANO MATSURA (1), ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. 14cr388-MMA <br><br><br><br><br><br> NOTICE OF WITHDRAWAL <br> OF COUNSEL |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

John C. Lemon, counsel of record for Jose Susumo Azano Matsura (1), will no longer represent Mr. Azano in this matter. Mr. Azano will continue to be represented by Attorney Knut S. Johnson.

Mr. Lemon may removed as counsel of record from the PACER docket and the CM/ECF service list.

                                                    Respectfully submitted,

Dated: March 9, 2016                         /s/ John C. Lemon
                                                    **KNUT S. JOHNSON**
                                                    **JOHN C. LEMON**
                                                    Attorneys for Mr. Azano