1

2

Michael J. Wynne (Pro Hac Vice)
Texas State Bar No. 00785289
Hughes Arrell Kinchen, LLP
1221 McKinney St. | Suite 3150
Houston, Texas 77010
Telephone: (713) 574-6514
Facsimile: (713) 942-2266
E-mail: mwynne@hakllp.com
**ATTORNEY FOR DEFENDANT**
**JOSÉ SUSUMO AZANO MATSURA**

3

4

5

6

7

8

Donald J. DeGabrielle (Pro Hac Vice)
Texas State Bar No. 24063659
CHAFFE McCALL, L.L.P.
801 Travis Street | Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806
E-mail: degabrielle@chaffe.com
**ATTORNEY FOR DEFENDANT**
**EDWARD SUSUMO AZANO HESTER**

9

10

11

12

13

14

15

16

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO**

17

18

19

20

21

22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 14-CR-388-MMA |
| | ) | |
| Plaintiff, | ) | STATEMENT OF FACTS AND |
| | ) | MEMORANDUM OF AUTHORITIES |
| | ) | IN SUPPORT OF MOTION IN LIMINE |
| | ) | |
| JOŚE SUSUMO AZANO MATSURA, et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

23

24

25

José Susumo Azano Matsura, through his attorney, Michael J. Wynne, and Edward Susumo

Azano Hester, through his attorney, Donald J. DeGabrielle, state the following in support of their

Motion in Limine:

26

27

28

Granting the motion as to each item identified will reduce the chance that irrelevant material

will be presented to the jury for consideration and will reduce the chance that inflammatory

allegations and statements, photographs, or other items, more prejudicial than probative of any element of the charged offenses will be presented to the jury.  Granting the motion will also limit the likelihood that the government will try the Defendants' by ambush.

Granting the motion will assist the Court in making timely pre-trial determinations of admissibility and in avoiding confusion of the issues and misleading the jury.  Finally, granting the motion will tend to minimize undue delay, waste of time, and the needless presentations of cumulative evidence.

Respectfully submitted,

*/s/ Michael J. Wynne*
Michael J. Wynne*
Texas State Bar No. 00785289
Hughes Arrell Kinchen, LLP
1221 McKinney St. | Suite 3150
Houston, Texas 77010
Telephone: (713) 574-6514
Facsimile: (713) 942-2266
E-mail: mwynne@hakllp.com
**ATTORNEY FOR DEFENDANT**
**JOSÉ SUSUMO AZANO MATSURA**

*/s/ Donald J. DeGabrielle*
Donald J. DeGabrielle*
Texas State Bar No. 24063659
CHAFFE McCALL, L.L.P.
801 Travis Street | Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806
E-mail: degabrielle@chaffe.com
**ATTORNEY FOR DEFENDANT**
**EDWARD SUSUMO AZANO HESTER**

*admitted Pro Hac Vice*

1   **<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on this 20th day of June, 2016, a true and correct copy of the above and

3   foregoing has been forwarded to all counsel record by notice of ECF filing.

4
                                        */s/ Michael J. Wynne*
5                                       Michael J. Wynne

6   *admitted Pro Hac Vice*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28